842

No. 09–9187. BARRAZA v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 09–9247. FOSTER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 09–9441. MAJID ET UX. v. HOLDER, ATTORNEY GENERAL. C. A. 4th Cir. Certiorari denied.

No. 09–9539. MORROW v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 09–9617. AVENDANO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 09–9654. TABLER v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 09–9685. N. R. v. NEW JERSEY DIVISION OF YOUTH AND FAMILY SERVICES. Super. Ct. N. J., App. Div. Certiorari denied.

No. 09–9705. STEVENS v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 09–9729. CHARLES v. FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 09–9749. HANDLEY v. CHAPMAN, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 09–9786. GESSE v. NEOTTI, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 09–9863. ROBINSON v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 09–9871. JONES v. SHAW GROUP ET AL. C. A. 11th Cir. Certiorari denied.

No. 09–9919. BROWN v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 09–9955. SMITH v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.